IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES HUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause no. 3:15-cv-00433-MJR-SCW |
| | ) |
| MOORE BROTHERS, INC., WEST | ) |
| RIVER DISTRIBUTION, INC., SIDCO | ) |
| INVESTMENTS, MIDWEST | ) |
| OPERATIONS, | ) |
| | ) |
| Defendants. | ) |

NOTICE OF VOLUNTARY DISMISSAL

To: Greensfelder, Hemker, et al, Dale Weppner, Clark Hedger, 10 South Broadway, St. Louis, Missouri 63102, dmw@greensfelder.com and ch1@greensfelder.com.

Please take notice that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff James Hunt, appearing *pro se*, files this Notice of Voluntary Dismissal of the above-captioned cause. Defendants have not filed an answer or a motion for summary judgment.

Dated: October 19, 2016.

_____
James Hunt
*Pro se*
509 SW 7th ST #19
FAIRFIELD IL 62837
618-516-7129

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was served on all counsel of record via email transmission to dmw@greensfelder.com and ch1@greensfelder.com on the date referenced above.

_____
James Hunt assisted by
Jana from Kime
(limited representation)

1

Align top of FedEx Express® shipping label here.

earthsmart
FedEx carbon-neutral
envelope shipping

```
ORIGIN ID:EVVA  (618) 516-7129      SHIP DATE: 19OCT16
JAMES HUNT                          ACTWGT: 0.20 LB
                                    CAD: 6995497/SSF01722
509 SW 7TH ST
#19
FAIRFIELD, IL 62837
UNITED STATES US

TO  CLERK
    US DISTRICT COURT SOUTHERN ILL
    750 EAST MISSOURI

    E SAINT LOUIS IL 62201
(555) 555-5555            REF:
THU:
PO:                       DEPT:
```

FedEx Express

E

TRK# 7844 0260 1101        THU – 20 OCT 3:00P
0201                       STANDARD OVERNIGHT

XX CPSA                    62201
                           IL-US  STL



